HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARBARA J. PETERSEN,

        Plaintiff,

        v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

Case No. C04-5183RBL

ORDER

THIS MATTER upon the mandate of the United States Court of Appeals for the Ninth Circuit.

This case is remanded to the Commissioner of Social Security in accordance with the Ninth Circuit's Memorandum dated December 20, 2006.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 26th day of February, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE