# United States District Court
WESTERN DISTRICT OF WASHINGTON

BARBARA J. PETERSON,
        Plaintiff,
    v.

JO ANNE B. BARNHART,
Commissioner of Social Security
 Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C04-5183RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This matter is upon the mandate of the United States Court of Appeals for the Ninth Circuit.

The Case is REMANDED to the Commissioner of Social Security in accordance with the Ninth Circuit's Memorandum dated 12/20/06
.

February 27, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk