UNITED STATES DISTRICT JUDGE RONALD B. LEIGHTON

04-CV-05183-ORD

FILED _____ LODGED
_____ RECEIVED

APR 11 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BARBARA J. PETERSEN,       )
                           )   CIVIL NO. 04-5183
         Plaintiff,        )
                           )   ORDER FOR EAJA FEES, COSTS AND
vs.                        )   EXPENSES
                           )
MICHAEL J. ASTRUE,         )
Commissioner of Social Security, )
                           )
                           )

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is

ORDERED that Plaintiff's attorney Amy M. Gilbrough is hereby awarded EAJA fees of $9,360.58 and expenses of $150.00 pursuant to 28 U.S.C. §2412 and costs of $187.01 as set out at 28 U.S.C. §1920, payable from the Judgment Fund pursuant to 31 U.S.C. §1304.

DATED this 10th day of April, 2007.

RONALD B. LEIGHTON
United States District Judge

ORDER FOR EAJA FEES, COSTS AND EXPENSES [05-35496] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1 | Presented by:

3 | S/AMY M. GILBROUGH
AMY M. GILBROUGH,
4 | Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES [05-35496] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055