# United States District Court

WESTERN DISTRICT OF WASHINGTON

BARBARA J. PETERSEN,
        Plaintiff,                     JUDGMENT IN A CIVIL CASE
    v.

MICHAEL J. ASTRUE,                 CASE NUMBER: C04-5183RBL
Commissioner of Social Security,

        Defendants,

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

.

Plaintiff's attorney, Amy M. Gilbrough is hereby awarded EAJA fees of $9,360.58 and expenses of $150.00 pursuant to 28 U.S.C. &2412 and costs of $187.01 as set out at 28 U.S.C. &1920, payable from the Judgment Fund pursuant to 31 U.S.C. &1304.

    April 12, 2007                                  BRUCE RIFKIN
                                                            Clerk

                                                        /s/ Pat LeFrois
                                                         Deputy Clerk